UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS WILLIAMS,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN. 8, 2020

19-CV-11402 (KMW)

16-CR-0256 (KMW)

ORDER APPOINTING COUNSEL

KIMBA M. WOOD, United States District Judge:

    The Court appoints Ezra Spilke to assume representation of Curtis Williams in the above-captioned habeas corpus proceedings, pursuant to the Court's January 7, 2020 Order. (Civil ECF No. 4.) If Mr. Spilke is unable to accept the representation, he shall notify the Court in writing by January 15, 2020.

    The Clerk of Court is ordered to docket this order in both the civil and the criminal case.

    SO ORDERED.

Dated:    January 8, 2020
              New York, New York

                                                _____
                                                KIMBA M. WOOD
                                                United States District Judge