## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

March 18, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Curtis Williams*, No. 16-CR-256-KMW
       *Williams v. United States*, No. 19-CV-11402-KMW

Dear Judge Wood:

I write to notify the Court that Mr. Williams does not intend to file, through counsel, a supplemental memorandum of law. I sincerely hope that your Honor and counsel for the government are remaining safe and sane in these "interesting times" as Robert F. Kennedy would say.

Respectfully submitted,

*/s/ Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Curtis Williams*

Cc:    All counsel of record by ECF