```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 15, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

  v.               16-CR-256 (KMW)

CURTIS WILLIAMS,            **ORDER**

     Defendant.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

  Defendant Curtis Williams, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 88.) Defendant asserts that there are "extraordinary and compelling reasons" for his release, including that he is the sole caregiver for his minor child or children. (*Id.* at 4.) Defendant also asks the Court to take into account his young age at the time of his offense and his rehabilitation while incarcerated. (*Id.* at 5, 7.)

  Although Defendant lists the grounds for compassionate release, he does not provide further detail supporting those grounds. For example, although Defendant checks the box that he is now the only available caregiver for his minor child or children, he does not describe (1) how many children he has; (2) whether any of those children are minors; (3) the ages and grades of those children; (4) the identity of who is currently caring for the children; (5) whether a previous caregiver has been incapacitated and can no longer care for the children; and (6) whether Defendant has relatives who would be able to care for the children.

  By June 30, 2025, Defendant must submit a supplemental brief providing detail to support the grounds he asserts for compassionate release. If Defendant does not submit a filing by that date, the Court will deny Defendant's motion.

The Clerk of Court is respectfully directed to mail this Order to Mr. Williams.

SO ORDERED.

Dated: New York, New York
May 15, 2025

                                                  */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                        United States District Judge